1020

No. 89–513. FISHER v. KRAJEWSKI, JUDGE, LAKE COUNTY, INDIANA COUNTY COURT. C. A. 7th Cir. Certiorari denied.

No. 89–514. TRINITY COALITION, INC. v. COMMISSIONER, TEXAS DEPARTMENT OF HUMAN SERVICES, ET AL. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 89–544. CURCIO ET AL. v. BOYLE, SUFFOLK COUNTY ATTORNEY, ET AL. Ct. App. N. Y. Certiorari denied.

No. 89–549. STAGGS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–553. GUCCIONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–558. GREY v. FIRST NATIONAL BANK OF CHICAGO ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–563. VIEUX CARRE PROPERTY OWNERS, RESIDENTS & ASSOCIATES, INC. v. BROWN ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–565. UNITED TRANSPORTATION UNION ET AL. v. CSX TRANSPORTATION, INC. C. A. 2d Cir. Certiorari denied.

No. 89–569. HOODKROFT CONVALESCENT CENTER, INC., ET AL. v. NEW HAMPSHIRE DIVISION OF HUMAN SERVICES ET AL. C. A. 1st Cir. Certiorari denied.

No. 89–575. HARTER v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 89–597. GREGORY, SHERIFF OF PATRICK COUNTY, VIRGINIA, ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–606. HUBER v. LEIS, SHERIFF, HAMILTON COUNTY, OHIO. C. A. 6th Cir. Certiorari denied.